**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-00234-LTB-MJW

PATRICK CHASE and
HEATHER CHASE,

      Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION,

      Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc 22 - filed June 5, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: June 8, 2015